# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**Ramon Pares–Alvarez**
Plaintiff

vs.

**Ranger American of Puerto Rico, Inc.**
Defendant

**CIVIL CASE 15–1163 (JAF)**

## JUDGMENT

Pursuant to Court's Order (docket #48) Judgment is entered dismissing the present case with prejudice but subject to the agreed settlement. The Court will retain jurisdiction to enforce the settlement if need be.

In San Juan, Puerto Rico, this 22nd day of February, 2016.

**Frances Rios de Moran, Esq.**

Clerk of Court

**S/ Diana Villavicencio**

Diana Villavicencio
Deputy Clerk